# SILLS CUMMIS & GROSS
A PROFESSIONAL CORPORATION

**The Legal Center**
**One Riverfront Plaza**
**Newark, New Jersey 07102-5400**
Tel: 973-643-7000
Fax: 973-643-6500

**Jeffrey J. Greenbaum**
Member
Direct Dial: (973) 643-5430
E-mail: jgreenbaum@sillscummis.com

101 Park Avenue
New York, NY 10112
Tel: 212-643-7000
Fax: 212-643-6500

July 21, 2022

**VIA ECF**

Honorable Evelyn Padin, U.S.D.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Courtroom 4C
Newark, NJ 07101

Re: *Self-Insured Schools of California v. Janssen Biotech, Inc., et al.*
Civil Action No. 19-14291 (EP-ESK)

Dear Judge Padin:

This firm represents Defendants Janssen Biotech, Inc., Janssen Oncology, Inc., Janssen Research & Development, LLC, and Johnson & Johnson in the above-captioned matter. We write jointly with counsel for Plaintiff to provide a concise status update, as directed by the Court's July 7, 2022 text order (ECF No. 67).

On September 27, 2019, this matter (the "*SISC*" case) was consolidated with a related action that was also pending in the District of New Jersey, *Louisiana Health Service & Indemnity Co., et al. v. Janssen Biotech, Inc., et al.*, Civil Action No. 19-14146. (ECF No. 44). *Louisiana Health* served as the "lead case" and the consolidated cases were collectively referred to as the "End-Payor Class Action."

On October 27, 2021, Judge McNulty issued an Opinion and Order dismissing the Second Consolidated Class Action Complaint in the End-Payor Class Action. (*Louisiana Health*, ECF Nos. 161-162). The *Louisiana Health* docket has been correctly marked as closed since October 27, 2021. Yet, in what appears to be an oversight by the Clerk's office, the *SISC* docket was never formally closed. Despite the dismissal of the End-Payor Class Action, because the *SISC* docket remained open, Chief Judge Wolfson reassigned the *SISC* case to Your Honor on June 28, 2022. (ECF No. 66).

Based upon the foregoing, the parties respectfully request that the Clerk's office mark the *SISC* docket as closed and terminate the case.

SO ORDERED

   s/Evelyn Padin
Evelyn Padin, U.S.D.J.

**SILLS CUMMIS & GROSS**
A PROFESSIONAL CORPORATION

Honorable Evelyn Padin, U.S.D.J.
July 21, 2022
Page 2

Date: 7/25/2022

**This matter is CLOSED**

    We appreciate Your Honor's time and consideration.

    Respectfully submitted,

    *s/ Jeffrey J. Greenbaum*
      JEFFREY J. GREENBAUM

cc:    All Counsel of Record (via ECF)